## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH J. TAGGART**, | : | Case No.   22-cv-00990-JMY |
| *Appellant* | : | |
| | : | |
| v. | : | |
| | : | |
| **NEW CENTURY FINANCIAL** | : | |
| **SERVICES, INC.**  *et al.* | : | |
| | : | |
| *Appellee* | : | |

## ORDER

**AND NOW**, this 23rd day of August 2023, upon consideration of *Appellant's Motions for Enlargement of Time* (ECF Nos. 8 and 15), and in light of the response and reply filed to both Motions, (See ECF Nos. 9 and 17), it is **ORDERED** that the Motions are **DENIED** as moot.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge

**Judge John Milton Younge**